IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>Martin M. Mazarura<br><br>           Defendant. | **8:09CR327**<br><br>**ORDER** |

This matter is before the court on the defendant's request to vacate the conviction and sentence imposed in this case on April 11, 2014 and/or to set aside and to provide any other relief that is just and proper the sentence. Filing No. 33. The court has carefully reviewed the motion and finds no grounds to grant the request.

THEREFORE IT IS ORDERED that the defendant's request, Filing No. 33 is denied as the court finds no cause to vacate the sentence imposed in this case.

Dated this 4th day of October, 2016.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon<br>
                                                    Senior United States District Judge